In the Matter of the Application of THE CITY of NEW YORK, Appellant, Relative to Acquring Title to Real Property Required for the Opening and Extension of Northern Boulevard in the Borough of Queens.

McCLENAHAN REALTY CO., INC., et al., Respondents.

(Argued April 15, 1935; decided April 30, 1935.)

*Paul Windels, Corporation Counsel, (Joseph F. Mulqueen, Jr., Anson Getman* and *Charles E. Clarke* of counsel), for appellant.

*Henry Herz* for respondents.

Appeal dismissed, without costs, on the ground that the appeal from the order of July 3, 1934, was not taken in time. We call attention, however, to our decision in this case in 266 N. Y. 406. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.